[Cite as *In re R.G.L.*, 2015-Ohio-5202.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

BUTLER COUNTY


| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | | CASE NOS. CA2015-08-163 |
| R.G.L. | : | CA2015-08-165 |
| | : | <u>D E C I S I O N</u> |
| | | 12/14/2015 |
| | : | |
| | : | |


APPEAL FROM BUTLER COUNTY COURT OF COMMON PLEAS
JUVENILE DIVISION
Case No. JN2014-0109


Michael T. Gmoser, Butler County Prosecuting Attorney, Lina N. Alkamhawi, Government Services Center, 315 High Street, 11th Floor, Hamilton, OH 45011-6057, for plaintiff-appellee

Mary Lou Kusel, 6 South Second Street, Hamilton, Ohio 45011, Guardian Ad Litem

Heather A. Felerski, P.O. Box 181342, Fairfield, Ohio 45018, for appellant, A.L.-P.

Amy R. Ashcraft, P.O. Box 172, Seven Mile, Ohio 45062, for appellant, R.P.-C.


**Per Curiam.**

{¶ 1} This cause came on to be considered upon notices of appeal, the transcript of the docket and journal entries, the transcript of proceedings and original papers from the Butler County Court of Common Pleas, Juvenile Division, and upon the briefs filed by appellants' counsel.

**{¶ 2}** Counsel for appellant, A.L.-P., and counsel for appellant, R.P.-C., have each filed briefs with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which (1) indicate that a careful review of the record from the proceedings below fail to disclose any errors by the trial court prejudicial to the rights of appellants upon which an assignment of error may be predicated; (2) list a combined two potential errors "that might arguably support the appeal," *Anders* at 744; (3) request that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellants' constitutional rights; (4) request permission to withdraw as counsel for appellants on the basis that the appeals are wholly frivolous; and (5) certify that a copy of the brief and motion to withdraw have been served upon appellants.

**{¶ 3}** Having allowed appellants sufficient time to respond, and no response having been received, we have accordingly examined the record and find no error prejudicial to appellants' rights in the proceedings in the trial court. The motions of counsel for appellants requesting to withdraw as counsel are granted, and these appeals are dismissed for the reason that they are wholly frivolous.

S. POWELL, P.J., RINGLAND and HENDRICKSON, JJ., concur.